

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAMPS PLUS, INC. and<br>PACIFIC COAST LIGHTING,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK S. DOLAN, DESIGN TRENDS,<br>LLC, LOWE'S HOME CENTERS, INC., and<br>CRAFTMADE INTERNATIONAL, INC.,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 3-01-CV-1537-K |

## DEFENDANT LOWE'S HOME CENTERS, INC.'S MOTION TO WITHDRAW
## AND TO SUBSTITUTE COUNSEL (UNOPPOSED)

1.0   Defendant Lowe's Home Centers, Inc. ("Lowe's") asks this Court to allow Bruce J. Rose of the law firm of Alston & Bird, LLP., John A. Dondrea of the law firm of Sidley Austin Brown & Wood, and Russell S. Wheatley formerly of the law firm of Sidley Austin Brown & Wood, to withdraw as its attorneys from this lawsuit and allow Phillip B. Philbin and Theodore G. Baroody of the law firm of Haynes and Boone LLP to substitute as lead counsel for Lowe's.

2.0   Plaintiffs Lamps Plus, Inc. and Pacific Coast Lighting have sued defendants for patent infringement. All defendants, including Lowe's, deny Plaintiffs' claims.

3.0   Lowe's desires to substitute new attorneys to represent it and allow its current counsel to withdraw from the lawsuit is related to the assumption of its defense pursuant to an indemnification agreement.

4.0     The withdrawal and substitution of attorneys is not for purposes of delay, but so that justice may be done.  Phillip B. Philbin and Theodore G. Baroody of the law firm of Haynes and Boone LLP currently represent all the other named defendants in this matter.

5.0     Counsel for Plaintiff does not oppose this Motion.

WHEREFORE, Defendant asks the Court to enter an Order stating that Phillip B. Philbin and Theodore G. Baroody of the law firm of Haynes and Boone LLP are lead counsel for Lowe's, and that Bruce J. Rose of the law firm of Alston & Bird, LLP., John A. Dondrea of the law firm of Sidley Austin Brown & Wood, and Russell S. Wheatley formerly of the law firm of Sidley Austin Brown & Wood, and all other prior counsel, are permitted to withdraw as its attorneys in this lawsuit.

Respectfully submitted,

/s/ Phillip B. Philbin

Phillip B. Philbin (Attorney-in-Charge)
State Bar No. 15909020
Theodore G. Baroody
State Bar No. 01797550

HAYNES AND BOONE, LLP
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Telecopier: (214) 651-5940

ATTORNEYS FOR DEFENDANTS
PATRICK S. DOLAN, DESIGN TRENDS,
LLC, LOWE'S HOME CENTERS, INC.,
AND CRAFTMADE INTERNATIONAL,
INC.

**AGREED:**

*/s/ Bruce J. Rose*

Bruce J. Rose
ALSTON & BIRD, LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, North Carolina
28280-4000
Telephone: (704) 444-1000
Telecopier: (704) 444-1111


_____

John A. Dondrea
State Bar No. 05973800
Russell S. Wheatley
State Bar No. 24003158
SIDLEY AUSTIN BROWN & WOOD
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Telephone: (214) 981-3300 - Office
Telecopier: (214) 981-3400 – Fax


ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTERS, INC.

**AGREED:**

_____
Bruce J. Rose
ALSTON & BIRD, LLP
Bank of America Plaza, Suite 4000
101 South Tryon Street
Charlotte, North Carolina
28280- 4000
Telephone:  (704) 444-1000
Telecopier:  (704) 444-1111


_____
John A. Dondrea
State Bar No. 05973800
Russell S. Wheatley
State Bar No. 24003158
SIDLEY AUSTIN BROWN & WOOD
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Telephone:  (214) 981-3300 - Office
Telecopier:  (214) 981-3400 – Fax


ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTERS, INC.

DEFENDANT LOWE'S HOME CENTERS, INC.'S MOTION TO WITHDRAW
AND TO SUBSTITUTE COUNSEL                                                                    Page 3

D-1086907 1

## CERTIFICATE OF CONFERENCE

On December 23, 2002, the undersigned counsel conferred with counsel for Plaintiffs who confirmed that this motion is unopposed.

_____
Theodore G. Baroody

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served in accordance with the Federal Rules of Civil Procedure via First Class U.S. Mail, postage prepaid, on the known counsel of record listed below:

>Dan D. Davison
>FULBRIGHT & JAWORSKI, LLP
>2220 Ross Avenue, Suite 2800
>Dallas, Texas 75201
>
>John A. O'Malley
>Todd M. Sorrell
>FULBRIGHT & JAWORSKI, LLP
>865 South Figueroa, 29th Floor
>Los Angeles, CA 90017
>
>John A. Dondrea
>SIDLEY AUSTIN BROWN & WOOD
>717 N. Harwood, Suite 3400
>Dallas, TX 75201
>
>Bruce J. Rose
>ALSTON & BIRD, LLP
>Bank of America Plaza, Suite 4000
>101 South Tryon Street
>Charlotte, North Carolina 28280-4000

Dated: January 6, 2003

_____
Theodore G. Baroody