ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAMPS PLUS, INC. and<br>PACIFIC COAST LIGHTING,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK S. DOLAN, DESIGN TRENDS,<br>LLC, LOWE'S HOME CENTERS, INC., and<br>CRAFTMADE INTERNATIONAL, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3-01-CV-1537-K<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court has considered the Motion to Withdraw and to Substitute Counsel filed by Defendant Lowe's Home Centers, Inc., and has decided to grant the motion.

IT IS, HEREBY, ORDERED that leave is granted for Bruce J. Rose of the law firm of Alston & Bird, LLP., John A. Dondrea of the law firm of Sidley Austin Brown & Wood, and Russell S. Wheatley formerly of the law firm of Sidley Austin Brown & Wood, to withdraw as attorneys of record for Lowe's Companies, Inc. and/or Lowe's Home Centers, Inc. in this lawsuit and for Phillip B. Philbin and Theodore G. Baroody of the law firm of Haynes and Boone LLP to substitute as lead counsel for Lowe's Home Centers, Inc. in the above-styled matter.

DATED January 8, 2003

UNITED STATES DISTRICT JUDGE
ED KINKEADE

ORDER

D-1086987 1

Page 1